**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

UNITED STATES OF AMERICA, CASE NO.:

Plaintiff,

v.

THOMAS MOORE,

Defendant,

______________________________________/

# COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

The Plaintiff United States of America, on behalf of its agency, the Small Business Administration, alleges that:

## <u>JURISDICTION</u>

1. This Court has jurisdiction over the subject matter of this action pursuant to Article III Section 2, U.S. Constitution and 28 U.S.C. § 1345. *See 28 U.S.C. § 1345.*

## <u>VENUE</u>

2. The Defendant, Thomas Moore is located in Broward County, Florida within the Jurisdiction of this Court.

**STATEMENT OF CLAIM**

3. On August 22, 2019 Defendant, THOMAS MOORE executed and delivered a Promissory Note and Commercial Guaranty Security Agreement to SBA in the amount of $25,000.00 with an interest accruing at variable rates. A copy of the Promissory Note described herein is attached hereto and made apart hereof as Exhibit "A" (the "Note").

4. On or about August 22, 2019 THOMAS MOORE executed and delivered a Commercial Guaranty of the payment and performance of the Note. Copies of the Commercial Guaranty are attached hereto and made a part hereof as Exhibit "B".

5. On or about April 22, 2021, TD Bank, N.A. assigned all of its right, title, and interest in the Note, the Commercial Guaranty, and other loan documents and instruments (collectively the "Loan") to the U.S. Small Business Administration. A copy of the assignment is attached hereto and made a part of hereof as Exhibit "C".

6. The Defendant became delinquent on the obligation on August 1, 2020 with a balance due of $ 22,978.24.

7. Plaintiff is the current owner and holder of the Note and Commercial Guarantees and all other documents and instruments associated with the Loan.

8. Demand has been made upon the defendant for payment of the indebtedness, and the defendant has neglected or refused to pay the same.

9. As of July 21, 2026, the amount owed on the Note is $45,292.22 inclusive of applicable fees, interest and penalties as listed on the Certificate of Indebtedness attached hereto as Exhibit "D".

10. Plaintiff declares the full amount payable under the Note to be due.

WHEREFORE, Plaintiff, UNITED STATES OF AMERICA, demands judgment against the Defendant for the sum of $45,292.22, plus interest to the date of judgment, administrative fees, all administrative costs allowed by law, and post judgment interest pursuant to 28 U.S.C. § 1961 until paid in full;

DATED this 30th day of July 2026.

Respectfully submitted,

By: /s/ Matthew L. Schulis, Esq.

Matthew L. Schulis, Esq. (FBN: 57116)
Attorney for the Plaintiff
United States of America
Subcontractor to Schuerger Law Group
1005 N. Marion Street
Tampa, Florida 33602
Phone: (614) 674-6824
mschulis@schuergerlaw.com
efilings@schuergerlaw.com